# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT JENKINS, :
:
    Petitioner :
: CIVIL NO. 3:CV-10-0984
v. :
: (Judge Caputo)
SUPERINTENDENT OF LAUREL :
HIGHLANDS, *et al.*, :
:
    Respondents :

# O R D E R

**NOW**, this **24th** day of **MARCH, 2015**, for the reasons set forth in the foregoing Memorandum, **IT IS ORDERED THAT**:

1. The petition under 28 U.S.C. § 2254 is **DISMISSED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall mark this matter **CLOSED.**

                                              /s/ A. Richard Caputo
                                              **A. RICHARD CAPUTO**
                                              **United States District Judge**